FILE DATE COPY
RETURN

## MEMORANDUM IN SUPPORT

On the above said date in question plaintiffs civil rights were violated by court appointed attorney ( Morgan Caruso ) and Honerable Judge ( Nancy Russo ).

Defendant #2 ( Morgan Caruso ) lied to , cohearsed, convinced and misled plaintiff to believe that Honerable Judge Nancy russo handles and over-sees mental health case loads, after plaintiff informed Defendant #2 that he was on the mental health court docket and currently off of his medication. Not only was the plaintiff incompotent of standing trial, Plaintiff was not cohearant enough to make a plea for himself, Nor was plaintiff supposed to be tried in common pleas court at all. defendant #4 Prosecutor Hanna M. Smith was noteably neglegent and violated plaintiffs civil rights by over looking and , or not presenting to the courts , the fact that plaintiff is an american with a disability and on the mental health court docket.

Defendent #3 Honerable Judge Nancy Russo violated plaintiffs civil rights by hearing and trying plaintiff in common pleas court and not turning the case over to mental health court. Also ignorance of the law is not excuseable by any means, As a result plaintiff was sentanced 10 months at Lor.C.I. which is practically the maximum sentence on a felony 5, plaintiff did not recive any mental health , or drug treatment.

Therefore,

In relief of this matter plaintiff desires and is asking the courts for 5 Million Dollars.

Abdul K— J. Kelley #683231
PRO-SE
2075 S. AVON BELDEN RD.
GRAFTON, OHIO.
44044

2